FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA

AUG 12 2008

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| IN RE: SEARCH WARRANT FOR ) <br> A BLUE AND BLACK SAMSUNG ) <br> CELLULAR TELEPHONE, MODEL #1SCHU340, ) <br> WITH THE NUMBERS 01507808801 ) <br> AND OF7419E1 LISTED IN THE INTERNAL ) <br> COMPARTMENT ON THE TELEPHONE; ) <br> AND A BLACK AND SILVER CRICKET CELLULAR ) <br> TELEPHONE, MODEL #J88B, WITH THE NUMBERS ) <br> SKUCRKJ888BKITD, ESN DEC: 01612826722 ) <br> AND ESN HEX: 10C3B862 LISTED IN THE ) <br> INTERNAL COMPARTMENT ON THE TELEPHONE ) | 8:08MJ125 |

MOTION TO UNSEAL SEARCH WARRANT
APPLICATION AND AFFIDAVIT

Comes now the United States of America, by and through the United States Attorney and the undersigned Assistant United States Attorney, and requests this Court to issue an Order to unseal in the above-captioned matter, the Affidavit and Application for Search Warrant, Search Warrant, and the Property Receipt.

Dated this 12th day of August, 2008.

UNITED STATES OF AMERICA

JOE W. STECHER
United States Attorney

By: _____

JOHN E. HIGGINS
Assistant U.S. Attorney
1620 Dodge Street, Suite 1400
Omaha, Nebraska 68102
(402) 661-3700

ORDER

IT IS SO ORDERED.

BY THE COURT:

_____
F.A. Gossett, III
Judge, United States Magistrate Court

DATED: 8/12/08